THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ANTONIO SAFO, Appellant.

Argued March 6, 1939; decided April 4, 1939.

*John J. Duff* and *Joseph Aronstein* for appellant.

*Thomas E. Dewey, District Attorney (Charles C. Tillinghast, Jr.,* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: CRANE, Ch. J.